Petitioner has not demonstrated that she is in custody in violation of federal constitutional law, she has no right to federal habeas relief.

## IV. Conclusion

For the reasons set forth above, this Court holds that the state appellate court's conclusion that Petitioner's claims lacked merit did not amount to an unreasonable determination of the facts and did not result in a decision that was contrary to, or an unreasonable application of, Supreme Court precedent.

Accordingly,

**IT IS ORDERED** that Petitioner's application for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Nicole Austin, #459945
Huron Valley Complex – Women
3511 Bemis Road
Ypsilanti, MI 48197

William C. Campbell, A.A.G.