UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE AUSTIN,

        Petitioner,

v.                                                      Case No. 06-15008
                                                      Honorable Patrick J. Duggan

CLARICE STOVALL,

        Respondent.
_____/

## **JUDGMENT**

Nicole Austin ("Petitioner") has filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. In her petition, Petitioner challenges her sentence for second-degree murder. On this date, the Court entered an Opinion and Order denying the petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

DATE: January 31, 2008                    s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Nicole Austin, #459945
Huron Valley Complex – Women
3511 Bemis Road
Ypsilanti, MI 48197

William C. Campbell, A.A.G.